David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
CYNTHIA J. SMITH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA J. SMITH,<br><br>       Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA, N.A.;<br>MARRIOTT VACATION CLUB;<br>USAA FEDERAL SAVINGS BANK;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>       Defendant(s). | Case No.:  **2:17-cv-02324-MMD-VCF**<br><br>**NOTICE OF SETTLEMENT BETWEEN CYNTHIA J. SMITH AND <u>BANK OF AMERICA, N.A.</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between CYNTHIA J. SMITH ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("BOA") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against BOA, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to BOA be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to BOA.

Dated:  December 21, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***CYNTHIA J. SMITH***