David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
CYNTHIA J. SMITH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA J. SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.;<br>MARRIOTT VACATION CLUB;<br>USAA FEDERAL SAVINGS BANK;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>　　　　　Defendant(s). | Case No.:  **2:17-cv-02324-MMD-VCF**<br><br>**NOTICE OF SETTLEMENT BETWEEN CYNTHIA J. SMITH AND <u>USAA FEDERAL SAVINGS BANK</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between CYNTHIA J. SMITH ("Plaintiff") and Defendant USAA FEDERAL SAVINGS BANK ("USAA") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against USAA, with Prejudice, within 60 days. Plaintiff requests that all pending dates and

Page **1** of **2**

filing requirements as to USAA be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to USAA.

Dated: March 29, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***CYNTHIA J. SMITH***