David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, CYNTHIA J. SMITH*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

CYNTHIA J. SMITH,

    Plaintiff,

v.

BANK OF AMERICA, N.A.;
MARRIOTT VACATION CLUB;
USAA FEDERAL SAVINGS BANK;
EQUIFAX INFORMATION
SERVICES, LLC,

    Defendants.

Case No. 2:17-cv-02324-MMD-VCF

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUIICE AS TO <u>USAA ONLY</u>**

Plaintiff CYNTHIA J. SMITH and Defendant USAA FEDERAL SAVINGS BANK hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,**

…

…

**USAA FEDERAL SAVINGS BANK**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 22, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Trevor R. Waite, Esq. |
| David H. Krieger, Esq. | Trevor R. Waite, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 13779 |
| HAINES & KRIEGER, LLC | ALVERSON, TAYLOR, MORTENSEN, & SANDERS |
| 8985 S. Eastern Avenue | 6605 Grand Montecito Parkway |
| Suite 350 | Suite 200 |
| Henderson, Nevada 89123 | Las Vegas, NV 89149 |
| *Attorney for Plaintiff* | *Attorney for Defendant USAA* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: June 25, 2018